On 05/04/2021 DUSM Chad HASZ conducted an interview with C.S. 1 at the U.S. Federal Courthouse located in Davenport, IA, in the presence of their attorney Terry MCATEE, pertaining to another prisoner Travis MCKIE regarding a possible escape risk.

On approximately 04/26/2021 C.S. 1 reported to attorney MCATEE that MCKIE stated that he was going to attempt to escape at his next court appearance. MCATEE reported this information to the United States Attorney's Office (USAO) who relayed the information to SDUSM Scott SHEPHERD, USMS Davenport Division.

While conducting the interview with C.S. 1 the following information was obtained:

C.S. 1 stated that they had been in the same unit as another prisoner in Muscatine County Jail who had recently arrived from South Carolina but could not remember the exact date.  C.S. 1 said that they did not know the name of the prisoner but that the prisoner had stated that he was going to try and escape during his next court appearance.

DUSM HASZ showed a photograph of MCKIE to C.S. 1, who confirmed that MCKIE was the prisoner who they had been talking to.  MCKIE had recently been transferred from South Carolina to Muscatine County Jail for a Federal Indictment.

MCKIE then started asking C.S. 1 questions about the U.S. Federal Courthouse security and the security of the prisoner transports to and from court.  MCKIE also asked about the route to and from the U.S. Federal Courthouse in Davenport, IA. C.S. 1 stated that MCKIE allegedly procured a handcuff key after learning of the Federal Indictment while in South Carolina State Custody and still has the



Government Exhibit
1
3:20-cr-124

handcuff key hidden in the books on his bunk in the Muscatine County Jail, which C.S. 1 was shown personally by MCKIE.  MCKIE told C.S. 1 that he has "people" on the outside willing to assist with the escape.  MCKIE allegedly set up a potential escape plan with his "people" while still in state custody in South Carolina.

C.S. 1 stated that MCKIE has been moved several times since arriving at Muscatine County Jail and believes that MCKIE may have talked to other prisoners within the Muscatine County Jail about the security at the U.S. Federal Courthouse, the security of the transport to and from court, as well as the route taken to the U.S. Federal Courthouse from Muscatine County Jail.  C.S. 1 thinks MCKIE may have spoken, specifically, to prisoner Darvell BRAGG and another prisoner who C.S. 1 knows only as "BIGS" (described as an older guy who is heavyset) and that "BIGS" may have also been shown the handcuff key.

C.S. 1 stated that MCKIE may have a gang affiliation of some kind, possibly the Gangster Disciples, but did not know that for sure and thinks there could possibly be threats to "talkers" and to their family and friends.  C.S. 1 described MCKIE as a desperate guy in possession of a handcuff key who is not willing to do the time he is potentially facing.  C.S. 1 also believes that MCKIE could possibly make a phone call prior to his next court date, allegedly, to set the escape plan in motion though C.S. 1 has no personal knowledge confirming that.

MCKIE has had multiple in custody violations while in the state facility in South Carolina including multiple possession of cell phones incidents, multiple possession of narcotics incidents, an attempted escape, multiple possession of a weapon incidents, an exhibition/public masturbation incident, a fighting without a weapon incident, and multiple failing to obey orders incidents.

On 05/04/2021 the Muscatine County Jail conducted a search of MCKIE's cell and conducted a strip search of MCKIE's person, both of which met with negative results.

On 05/06/2021 MCKIE was transferred to another facility and Muscatine County Jail Staff conducted a search of MCKIE's personal belongings, successfully locating a handcuff key hidden in a container of foot powder.  The handcuff key was seized by the Muscatine County Jail Staff and retained as evidence.