



Government Exhibit

2

3:20-cr-124