# INMATE SEARCH DETAIL REPORT

MCKIE, TRAVIS (00296831)



## INMATE DESCRIPTION

| | |
|---|---|
| SEX: | MALE |
| RACE: | BLACK |
| HEIGHT: | 5' 09" |
| WEIGHT: | 166 lbs. |
| AGE: | 39 |
| CITIZENSHIP: | CITIZEN - NATIVE BORN |
| BUILD: | MEDIUM |
| COMPLEXION: | DARK BROWN |
| HAIR COLOR: | BLACK |
| EYE COLOR: | BROWN |
| PICTURE DATE: | 04/24/2017 |
| SUP. RE-ENTRY DATE: | |

## INMATE SENTENCE AND LOCATION

| | |
|---|---|
| SCDC ID: | 00296831 |
| SID: | SC01119912 |
| OFFENDER TYPE: | ADULT-STRAIGHT SENTENCE |
| ADMISSION DATE: | 06/19/2009 |
| LOCATION: | LEE |
| DORM-ROOM-BUNK: | F1B-1224-B |
| EWC LEVEL: | 3F5 |
| EEC LEVEL: | |
| PROJECTED RELEASE DATE: | 01/30/2021 |
| PROJECTED PAROLE ELIGIBILITY: | NOT ELIGIBLE |
| SUP. FURLOUGH ELIGIBILITY: | NOT ELIGIBLE |

## CURRENT OFFENSES

| OFFENSE | SENTENCE TYPE | YRS | MOS | DYS | COUNTY | START DATE | V/NV | CAT | INDICT | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| ASSLT & BATT W/INTNT KIL | ADULT-STRAIGHT SENTENCE | 15 | 0 | 0 | AIKEN | 10/05/2007 | V | 4 | 07GS0201254 | ACTIVE |
| ASSLT & BATT W/INTNT KIL | ADULT-STRAIGHT SENTENCE | 0 | 0 | 0 | AIKEN | 10/05/2007 | V | 4 | 07GS0201253 | ACTIVE |

## ESCAPES

| ESCAPE DATE | ESCAPE TYPE | ESCAPE SEVERITY |
|---|---|---|
| 12/03/2013 | ATTEMPTED ESCAPE | CLASS I |

## DISCIPLINARY SANCTIONS

SANCTIONS NOT AVAILABLE IN THE AUTOMATED SYSTEM PRIOR TO JANUARY 2009

| DATE | DESCRIPTION |
|---|---|
| 06/08/2020 | POSS. OR/ATTEMPT TO POSSESS CELL PHONE |
| | LOSS OF GOOD TIME: 18 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 150 DAYS |
| | DISC. DETENTION FOR 60 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 150 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 150 DAYS |
| 01/02/2020 | USE,POSS NARC,MARIJ,UNAUTH DRUG,INHALANT |
| | LOSS OF GOOD TIME: 12 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 180 DAYS |
| | DISC. DETENTION FOR 60 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS |
| | LOSS OF TELEVISION PRIVILEGES FOR 360 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 180 DAYS |
| 11/13/2019 | USE,POSS NARC,MARIJ,UNAUTH DRUG,INHALANT |
| | LOSS OF CANTEEN PRIVILEGES FOR 150 DAYS |
| | DISC. DETENTION FOR 60 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 150 DAYS |
| | LOSS OF TELEVISION PRIVILEGES FOR 360 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 150 DAYS |
| 03/22/2017 | POSS. OR/ATTEMPT TO POSSESS CELL PHONE |
| | LOSS OF GOOD TIME: 68 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 210 DAYS |
| | DISC. DETENTION FOR 60 DAYS |

Government Exhibit
**3**
3:20-cr-124

| **DISCIPLINARY SANCTIONS** | SANCTIONS NOT AVAILABLE IN THE AUTOMATED SYSTEM PRIOR TO JANUARY 2009 |
|---|---|
| **DATE** | **DESCRIPTION** |
| | LOSS OF GOOD TIME: 68 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 210 DAYS |
| | LOSS OF TELEVISION PRIVILEGES FOR 360 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 210 DAYS |
| 02/22/2017 | POSS. OR/ATTEMPT TO POSSESS CELL PHONE |
| | LOSS OF GOOD TIME: 9 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 150 DAYS |
| | DISC. DETENTION FOR 60 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 150 DAYS |
| | LOSS OF TELEVISION PRIVILEGES FOR 360 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 150 DAYS |
| 11/01/2016 | POSS. OR/ATTEMPT TO POSSESS CELL PHONE |
| | LOSS OF GOOD TIME: 70 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 120 DAYS |
| | DISC. DETENTION FOR 30 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 120 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 120 DAYS |
| 07/21/2014 | POSSESSION OF A WEAPON |
| | LOSS OF GOOD TIME: 6 DAYS |
| | DISC. DETENTION FOR 90 DAYS |
| 12/03/2013 | POSSESSION OF A WEAPON |
| | DISC. DETENTION FOR 90 DAYS |
| 12/03/2013 | CLASS I ESCAPE |
| | DISC. DETENTION FOR 351 DAYS |
| 12/12/2012 | POSS. OR/ATTEMPT TO POSSESS CELL PHONE |
| | LOSS OF CANTEEN PRIVILEGES FOR 458 DAYS |
| | DISC. DETENTION FOR 98 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 458 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 458 DAYS |
| 11/19/2011 | EXHIBITIONISM AND PUBLIC MASTURBATION |
| | LOSS OF GOOD TIME: 6 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 288 DAYS |
| | DISC. DETENTION FOR 108 DAYS |
| | JUMPSUIT FOR 179 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 288 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 468 DAYS |
| 08/28/2011 | FIGHTING WITHOUT A WEAPON |
| | LOSS OF GOOD TIME: 15 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 219 DAYS |
| | DISC. DETENTION FOR 39 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 219 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 219 DAYS |
| 03/21/2011 | REFUSING OR FAILING OBEY ORDERS |
| | LOSS OF GOOD TIME: 57 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 180 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 180 DAYS |
| 03/02/2011 | REFUSING OR FAILING OBEY ORDERS |
| | LOSS OF GOOD TIME: 30 DAYS |

| **DISCIPLINARY SANCTIONS** | SANCTIONS NOT AVAILABLE IN THE AUTOMATED SYSTEM PRIOR TO JANUARY 2009 |
|---|---|

| DATE | DESCRIPTION |
|---|---|
| | LOSS OF GOOD TIME: 30 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 180 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 180 DAYS |
| 08/24/2010 | POSSESSION OF A WEAPON |
| | LOSS OF GOOD TIME: 60 DAYS |
| | LOSS OF CANTEEN PRIVILEGES FOR 328 DAYS |
| | DISC. DETENTION FOR 148 DAYS |
| | LOSS OF TELEPHONE PRIVILEGES FOR 328 DAYS |
| | LOSS OF VISITATION PRIVILEGES FOR 328 DAYS |

## MOVEMENT

| MOVEMENT DATE | TO LOCATION | STATUS | REASON |
|---|---|---|---|
| 12/09/2015 | LEE | INCARCERATED | ADMINISTRATIVE |
| 12/10/2013 | ALLENDALE | INCARCERATED | ADMINISTRATIVE |
| 12/10/2013 | KIRKLAND | INCARCERATED | MEDICAL |
| 11/08/2011 | ALLENDALE | INCARCERATED | ADMINISTRATIVE |
| 07/18/2011 | PERRY | INCARCERATED | ADMINISTRATIVE |
| 07/14/2011 | KIRKLAND | INCARCERATED | RETURN FROM COURT |
| 07/13/2011 | AIKEN CO | AUTH ABSENCE (AWL) | TO COURT |
| 06/29/2010 | PERRY | INCARCERATED | ADMINISTRATIVE |
| 07/29/2009 | MCCORMICK | INCARCERATED | ADMINISTRATIVE |
| 06/19/2009 | KIRKLAND | INCARCERATED | NEW ADMISSION |

## EARNED WORK CREDITS

| JOB DESCRIPTION | START DATE | END DATE | TERMINATION REASON | JOB LEVEL |
|---|---|---|---|---|
| LAUNDRY ROOM ATTENDANT | 06/26/2020 | | | 3F5 |
| LAUNDRY ROOM ATTENDANT | 02/18/2020 | 06/25/2020 | ASLT/DRUG/MAJOR DISC | 2F5 |
| LAUNDRY ROOM ATTENDANT | 11/15/2019 | 02/17/2020 | POLICY CHANGE 2020 | 3F5 |
| LAUNDRY ROOM ATTENDANT | 09/22/2017 | 11/14/2019 | ASLT/DRUG/MAJOR DISC | 2F5 |
| LAUNDRY ROOM ATTENDANT | 06/14/2017 | 09/21/2017 | MI ELIGIBLE FOR LEVEL 2 | 3F5 |
| GENERAL WORKER | 11/10/2016 | 06/13/2017 | LATERAL TRANSFER | 3F5 |
| GENERAL WORKER | 07/22/2016 | 11/09/2016 | ASLT/DRUG/MAJOR DISC | 2F5 |
| GENERAL WORKER | 07/15/2016 | 07/21/2016 | MI ELIGIBLE FOR LEVEL 2 | 3F5 |
| GENERAL WORKER | 07/12/2016 | 07/14/2016 | ASLT/DRUG/MAJOR DISC | 2F5 |
| GENERAL WORKER | 12/14/2015 | 07/11/2016 | CUSTODY REVIEW | 5F5 |
| SR VEGETABLE PREP OPER | 04/10/2013 | 12/09/2013 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 07/31/2012 | 12/12/2012 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 03/02/2012 | 07/18/2012 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 11/10/2011 | 11/19/2011 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 09/13/2011 | 09/21/2011 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 07/19/2011 | 08/28/2011 | PLACED IN ST/SP CUSTODY | 3F5 |
| FOOD SERVICE AIDE | 06/07/2011 | 07/18/2011 | INSTIT TRANSFER | 3F5 |
| GENERAL WORKER | 08/06/2009 | 12/09/2009 | PLACED IN ST/SP CUSTODY | 3F5 |

## EARNED EDUCATION CREDITS

NO EARNED EDUCATION CREDITS DURING CURRENT INCARCERATION