12/15/21, 10:54 AM  Case 3:20-cr-00124-JAJ-SBJ  Document 45-4  Filed 12/16/21  Page 1 of 1
Aiken man receives 15 years in jail for shooting two people

https://www.postandcourier.com/aikenstandard/news/aiken-man-receives-15-years-in-jail-for-shooting-two-people/article_da9bc823-11e4-594d-8239-e30be6of6e36.html

# Aiken man receives 15 years in jail for shooting two people

BY MIKE GELLATLY
JUN 14, 2009

An Aiken man was sentenced to 15 years in jail Monday after admitting to shooting two people, neither were his intended targets. Travis L. McKie, 29, of Aiken pleaded guilty to two counts of assault and battery with intent to kill related to a October 2006 shooting that took place near Aiken High School. McKie opened fire with a .40 caliber High Point handgun while driving away from another vehicle. His intended target was not hurt; however, two passengers in the back seat of the car were both struck in the arm. "You're lucky you're not sitting up here for murder and going to jail for the rest of your life; you could have been," Circuit Court Judge Doyet A. "Jack" Early told McKie before the sentencing. Assistant Solicitor David Miller told Early that police do not know the exact reasons behind the shooting, though the defendant's attorney said his client felt threatened by his target who he thought had a gun, too. "We're missing context," public defender Michael Routzong told the court. "It's not in cold blood; he was going to take action before he was attacked. This is awful; he admits that." A total of eight shell casings from the same gun were discovered by authorities, but the handgun was never found. Immediately after the shooting, a witness identified McKie as the shooter and gave police a partial license plate. The next day two individuals picked McKie's mugshot out of a photo lineup. McKie's full sentence was 15 years for one of the crimes and 20 years suspended to five years on probation on the second. The sentences run consecutively, meaning that McKie will serve at least 85 percent of the first sentence before beginning the second. McKie's criminal history, described as "serious" by Early, includes grand larceny, criminal domestic violence and solicitation of a prostitute. The case was set to go to trial this week if McKie had not accepted the plea recommendation; witnesses and victims had been subpoenaed.

Government Exhibit
4
3:20-cr-124